UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK HERNANDEZ, et al.

    Defendants.
_____

### O R D E R

THIS CAUSE is before the Court on **defendants EVA Global's and Tropic Spiral Systems'** Motion to Strike Government's Motion for Protective Order and for Hearing (DE 422), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the Motion for Hearing on the Government's Motion for Protective Order is GRANTED. A hearing was held on the motion on July 17, 2007. It is further

ORDERED AND ADJUDGED that the Motion to Strike Government's Motion for Protective Order is DENIED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 23rd day of July, 2007, *nunc pro tunc* to July 17, 2007.

                                        LURANA S. SNOW
                                        UNITED STATES MAGISTRE

Copies to:

See Attached Service List

**SERVICE LIST**

**USA v. FRANK HERNANDEZ, et al.**

**CASE NO. 06-60027-CR-ZLOCH/Snow**

AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez & Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)