UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK HERNANDEZ, et al.

    Defendants.
_____

### **O R D E R**

THIS CAUSE is before the Court on defendants **EVA Global Inc.'s and Tropic Spiral Systems Inc.'s** Motion to Adopt Specifically Identified Motions of Co-Defendants (DE 547). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED. Defendants EVA Global Inc. and Tropic Spiral System Inc. are permitted to adopt the following motions:

1. Defendant Lawrence Pinkoff's Motion to Dismiss Indictment (DE 366);

2. Defendant Hannibal Edwards' Motion to Dismiss Indictment (DE 380);

3. Defendant Hannibal Edwards' Motion to Dismiss Indictment (DE 457);

4. Defendant Serge Francois' Motion to Dismiss Indictment (DE 464);

      5.   Defendant Howard Helfant's Motion to Dismiss Indictment (DE 472);

      6.   Defendant Paul Wiseberg's Motion to Dismiss Counts 1 and 9-12 of the Indictment (DE 482);

      7.   Defendant Paul Wiseberg's Motion to Sever (DE 517);

      8.   Defendant Hannibal Edwards' Second Motion to Dismiss Indictment (DE 524);

      9.   Defendant Howard Helfant's Motion to Sever (DE 526);

      10.  Defendant Howard Helfant's Motion for Disclosure of Grand Jury Minutes (DE 528);

      11.  Defendant Emmanuel Antonio's Motion to Sever (DE 532), and

      12.  Defendant Theophilos Antoniou's Motion to Sever (DE 535), except as to any matter where standing is an essential element of participation.  Any appeal from or objection to any e judge ruling must be taken individually, specifically and timely.

      DONE AND ORDERED at Fort Lauderdale, Florida, this 27th day of August, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

2

**SERVICE LIST**

**USA v. FRANK HERNANDEZ, et al.**

**CASE NO. 07-60027-CR-ZLOCH/Snow**

```
AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez & Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)
```